**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ANTHONY WAYNE SWAIN
WASHINGTON, JR,

       Plaintiff,

v.                                   Case No:   6:24-cv-1484-JSS-LHP

TRANSPORTATION AND
SECURITY ADMINISTRATION and
DEPARTMENT OF
TRANSPORTATION,

       Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   PRO SE MOTION TO ALLOW ACCESS TO ELECTRONIC FILING ( (Doc. No. 36)
>
> **FILED:**     December 23, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

While not entirely clear, it appears that the present motion, filed by Anthony Washington, proceeding *pro se*, seeks access to electronic filing using the Court's CM/ECF system. Doc. No. 36. "While an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted). While Plaintiff provides the text of various rules, and cites to various amendments to the Constitution, Plaintiff makes no showing of good cause or extenuating circumstances. Accordingly, the motion (Doc. No. 36) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Orlando, Florida on January 3, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties